# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHASTITY SUMMER MAY,
INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD,
CHRISTOPHER SETH DENISON

NO.  2020 CW 1304

VERSUS

BOND-WROTEN EYE CLINIC, INC.

### CONSOLIDATED WITH

CHASTITY SUMMER MAY,
INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD,
CHRISTOPHER SETH DENISON

VERSUS

**MARCH 2, 2021**

BARBARA NOGUCHI, M.D.

---

In Re:  Barbara Noguchi, M.D., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2013-3318 c/w 2016-3159.

---

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT